FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 13 2010
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

MICHAEL FLEMING,

                Plaintiff,

-against-

JOHN MATTINGLY, MTONYA FLECHER,
MICHELLE MULLINS, DANNY HERNANDEZ,
JEFFREY AUGUSTIN, RONALD LIAUTAUD,
LISA POLLONAIS, GEORGE A. FLORES,
KEECHIPETRONILLA SIMMON-EBUGHU,
ANNETTE SPELLEN, DETECTIVE TOSI,
SARGEANT MURPHY, DAVID CAMACHO,
LENO ISABLE, EON THOMPSON, and
NEW YORK CITY,

                Defendants.

---------------------------------------------------------------- X

08-CV-3074 (ARR)(LB)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated August 9, 2010 from the Honorable James Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Therefore, plaintiff's complaint as to defendant David Camacho is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

/s/ Allyne R. Ross
Allyne R. Ross
United States District Judge

Dated: September 10, 2010
Brooklyn, New York

SERVICE LIST:

>Plaintiff (pro se):
>Michael Fleming
>257 Putnam Avenue
>Brooklyn, NY 11216
>
>Counsel for Defendants:
>David Alan Rosinus, Jr.
>New York City Law Department
>100 Church Street
>New York, NY 10007

cc:   Magistrate Judge Bloom